# United States District Court
### Northern District of New York

## **JUDGMENT IN A CIVIL CASE**

**Nissan Motor Acceptance Corporation,**

    v.                                **CASE NUMBER: 7:09-CV-196 (GTS/ATB)**

**Mark Picarazzi**

       Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the plaintiff against defendant Mark Picarazzi as to liability only pursuant to the Order of the Honorable Judge Glenn T. Suddaby dated 3/12/10.  Upon request from the Plaintiff, the Court will hold a hearing to determine the amount of damages to be awarded against Defendant Mark Picarazzi.

| | |
|---|---|
| March 15, 2010 | LAWRENCE K. BAERMAN |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | **DONNA M. FRANCISCO**<br>**DEPUTY CLERK** |